UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALESHA OAK, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARS NATIONAL SERVICES INC.<br><br>                    Defendant. | Docket No: 1:17-cv-07347-LDH-LB<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff ALESHA OAK, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

                                                Respectfully submitted,

                                                By: /s/ Daniel Cohen
                                                Daniel Cohen, Esq.
                                                Daniel Cohen, PLLC
                                                300 Cadman Plaza W, 12th floor
                                                Brooklyn, New York 11201
                                                Phone: (646) 645-8482
                                                Fax:    (347) 665-1545
                                                Email: Dan@dccohen.com
                                                *Attorneys for Plaintiff*

Dated:    Brooklyn, New York
               January 30, 2018