**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 28 2018

BROOKLYN OFFICE



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALESHA OAK, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

ARS NATIONAL SERVICES INC.

                Defendant.

Case No. 1:17-cv-07347-LDH-LB

**NOTICE OF VOLUNTARY DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            February 27, 2018

So Ordered/
s/ LDH
_____
LaShann DeArcy Hall
United States District Judge

Respectfully submitted,

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen, PLLC
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (646) 645-8482
Fax:    (347) 665-1545
Email: Dan@dccohen.com
*Attorneys for Plaintiff*